NO. 07-02-0465-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



APRIL 15, 2003



______________________________


 



IN THE MATTER OF THE MARRIAGE OF 


DAVID KEITH BISCAMP AND TAMMY BELINDA FEARRIN 


AND IN THE INTEREST OF CHASE CAMERON BISCAMP


AND CHINE RENEE BISCAMP, MINOR CHILDREN




_________________________________



FROM THE 1ST DISTRICT COURT OF JASPER COUNTY;



NO. 23,916; HONORABLE JOE BOB GOLDEN, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION (1)


 Appellant David Keith Biscamp, proceeding pro se, filed a notice of appeal from the
trial court's order of dismissal of his divorce action from appellee Tammy Belinda Fearrin. 
Appellant's brief was due to be filed no later than January 1, 2003, but has yet to be filed,
and no motion for extension of time has been filed. By letter dated March 26, 2003,
appellant was notified of the defect and was directed to file a response reasonably
explaining the delay and the failure to pay the filing fee of $125 by April 8, 2003, and also
was notified that failure to comply might result in dismissal. Appellant did not respond and
the brief and filing fee remain outstanding.

 Accordingly, we dismiss this appeal for want of prosecution and failure to comply
with an order of this Court. See Tex. R. App. P. 42.3(b) and (c).

 Don H. Reavis

 Justice
1. Tex. R. App. P. 47.2(a).



 
 
 









NO. 07-10-00423-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



JANUARY
3, 2010

 



 

RAMONE COLEMAN, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE COUNTY CRIMINAL COURT NO 9
OF TARRANT COUNTY;

 

NO. 1163456; HONORABLE BRENT A CARR, JUDGE



 



 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

ON MOTION TO WITHDRAW

 

Appellant, Ramone Coleman, appeals
his conviction of the offense of driving while intoxicated, and sentence of 240
days confinement in the Tarrant County Jail and $600 fine.  The sentence was suspended and appellant was
placed on community supervision for a period of two years.  On December 6, 2010, this Court received a
Motion to Withdraw from appellants retained counsel that complies with the requirements
of Texas Rule of Appellate Procedure 6.5. 
Having received no objection to this motion, the Motion to Withdraw is
hereby granted.

 

                                                                                                Per
Curiam

 








Do
not publish.